**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **BANDO SHOES, LLC, and JIMMY M. WOODWARD,** Plaintiffs, v. **MOOSHU TRAINERS, INC., and DEBRA BISHOP,** Defendants. | Civil Action 7:11-CV-10 (HL) |

**ORDER**

For the reasons stated during the telephone conference held on February 9, 2011, this case is transferred to the United States District Court for the Northern District of Texas. The Texas court can then decide if this case should be consolidated with Civil Action No. 3:11-CV-54-F. The hearing on Plaintiffs' Motion for Temporary Restraining Order set for February 15, 2011 is cancelled. The Motion for Temporary Restraining Order (Doc. 2) is denied as moot.

**SO ORDERED**, this the 9th day of February, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh